# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re Valerie Andrews-Lewis, | ) | |
| | ) | No. 2018 BK 12976 |
| *Debtor*. | ) | |
| | ) | |
| VALERIE ANDREWS-LEWIS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 19 AP 747 |
| | ) | |
| EASTERN SAVINGS BANK, FSB; and | ) | |
| KLEIN, DADAY, ARETOS & | ) | |
| O'DONOGHUE, LLC | ) | |
| | ) | |
| *Defendants*. | ) | |

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED that on Wednesday, October 9, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Timothy A. Barnes, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 744, of the United States Bankruptcy Court, Northern District of Illinois at 219 South Dearborn, Chicago, Illinois, and then and there present the attached, MOTION TO WITHDRAW.

*\*\*\*To ensure notice of any action in this case, VALERIE ANDREWS-LEWIS, should retain other counsel herein or file with the clerk of the court, within 21 days after the entry of the order of withdrawal, her supplementary appearance stating an address at which service of notices or other papers may be had upon VALERIE ANDREWS-LEWIS.*

                                                        Respectfully Submitted,
                                                        VALERIE ANDREWS-LEWIS

                                                        /s/ Sheryl M. Ring
                                                        By one of her attorneys,
                                                        Sheryl Ring, Esq.

Sheryl Melanie Ring, Esq. #6311043
Open Communities Legal Assistance Program #62447
990 Grove Street, Suite 500
Evanston, Illinois 60201
(847) 501-5760
sheryl@open-communities.org

## CERTIFICATE OF SERVICE

      I, Sheryl Ring, an attorney, certify that I served a copy of the foregoing document to the party named below via the CM ECF Bankruptcy Court electronic filing system and electronic mail at or before 5:00 p.m. on Friday, September 23, 2019.

/s/ Sheryl Ring
Sheryl Ring

### SERVICE LIST

Valerie Andrews-Lewis
2104 East 73rd Street
Chicago, IL 60649
312-871-8236
valerieandrewslewis@gmail.com

Stephen G. Daday
Klein, Daday, Aretos & O'Donoghue, LLC
2550 W. Golf Road, Suite 250
Rolling Meadows, IL 60008
224-265-4337
SDaday@kdaolaw.com
DLee@kdaolaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re Valerie Andrews-Lewis, | ) | |
| | ) | No. 2018 BK 12976 |
| *Debtor.* | ) | |
| | ) | |
| VALERIE ANDREWS-LEWIS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 19 AP 747 |
| | ) | |
| EASTERN SAVINGS BANK, FSB; and | ) | |
| KLEIN, DADAY, ARETOS & | ) | |
| O'DONOGHUE, LLC | ) | |
| | ) | |
| *Defendants*. | ) | |

### MOTION TO WITHDRAW

NOW COMES the OPEN COMMUNITIES LEGAL ASSISTANCE PROGRAM, by and through, Sheryl M. Ring, and files their Motion to Withdraw as attorney of record for Plaintiff and would state in support thereof the following:

1. I am the attorney of record for Plaintiff, VALERIE ANDREWS-LEWIS.

2. The Motion to Withdraw is based upon Plaintiff's request for counsel to withdraw from the above-noted matter.

3. The address on file and last known address for Plaintiff is: 2104 East 73rd Street Chicago, IL 60649.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court grant this Motion to Withdraw as counsel for the above-named Plaintiff.

                                              Respectfully Submitted,
                                              VALERIE ANDREWS-LEWIS

                                              /s/ Sheryl M. Ring
                                              By one of her attorneys,
                                              Sheryl Ring, Esq.

Sheryl Melanie Ring, Esq. #6311043
Open Communities Legal Assistance Program #62447
990 Grove Street, Suite 500
Evanston, Illinois 60201
(847) 501-5760
sheryl@open-communities.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re Valerie Andrews-Lewis, ) | |
| ) | No. 2018 BK 12976 |
| *Debtor*. ) | |
| ) | |
| VALERIE ANDREWS-LEWIS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Adv. Proc. No. 19 AP 747 |
| ) | |
| EASTERN SAVINGS BANK, FSB; and ) | |
| KLEIN, DADAY, ARETOS & ) | |
| O'DONOGHUE, LLC ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

This matter coming before the court on Plaintiff's Motion to Withdraw Attorney of Record, the court being advised in the premises,

IT IS HEREBY ORDERED:

Plaintiff's Motion to Withdraw Attorney of Record is GRANTED.

_____

Judge

_____

Date

Sheryl Melanie Ring, Esq. #6311043
Open Communities Legal Assistance Program #62447
990 Grove Street, Suite 500
Evanston, Illinois 60201
(847) 501-5760
sheryl@open-communities.org