UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 18bk12976 |
| | ) |
| Valerie D. Andrews-Lewis, | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |
| Valerie D. Andrews-Lewis, | ) Adversary No. 19ap00747 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Eastern Savings Bank, FSB and Klein, Daday, Aretos & O'Donoghue, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING COMPLAINT

This matter coming to be heard on Eastern Savings Bank's Motion to Dismiss Plaintiff's Complaint [Adv. Dkt. No. 12] filed by defendant Eastern Savings Bank, FSB and Klein, Daday, Aretos & O'Donoghue, LLC's Motion to Dismiss Plaintiff's Complaint [Adv. Dkt. No. 14] filed by defendant Klein, Daday, Aretos & O'Donoghue, LLC (collectively, the "Motions to Dismiss") seeking dismissal of all counts of the Complaint at Law and Equity [Adv. Dkt. No. 1] (the "Complaint"), the Debtor having failed to respond to the Motions to Dismiss, after a hearing on the Motions to Dismiss held October 24, 2019 (the "Hearing") at which all parties appeared and for the reasons stated at the Hearing,

IT IS HEREBY ORDERED THAT:

1. The Motions to Dismiss are granted as set forth herein.

2. The Complaint is dismissed with prejudice and without leave to amend as to all counts of the Complaint.

3. Counsel for the Debtor shall bring a new motion to withdraw as counsel and this adversary proceeding will be closed after the conclusion of such motion to withdraw.

Dated: October 24, 2019

ENTERED:

Timothy A. Barnes
United States Bankruptcy Judge